Before the Third Division, November 12, 1943

**No. 48960.**—Petition 6382–R of B. Shackman & Co. (New York).

Opinion by Cline, J. The petition was dismissed.

Before the First Division, November 15, 1943

**No. 48961.**—Protests 559067–G, etc., of Wah Chah Co. (New York).

. Opinion by Cole, J. The merchandise was classified and claimed dutiable .at the same rates and under the same paragraphs as similar merchandise covered by the decision in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and was therefore excluded from paragraph 5. The protests were sustained.

Before the Second Division, November 15, 1943

**No. 48962.**—Protest 85849–K of International Paper Sales Co., Inc. (Tampa).

· Opinion by Kincheloe, J. It was stipulated that the paper in question is newsprint paper similar in all material respects to that the subject of Abstracts 47893 and 47905, the records in which were incorporated herein. The claim for free entry was therefore sustained.

November 10, 1943

**No. 48963.**——Protests 24075–K, etc., of L. Mendelson Co. C. D. 704. Plaintiff's application for rehearing denied.

**No. 48964.**——Protests 998799–G, etc., of Knox Hat Co. et al. Plaintiffs' application for rehearing granted.

November 13, 1943

**No. 48965.**——Protests 1482–K, etc., of Chong Kee Jan & Co. et al. Plaintiffs' application for rehearing granted.